UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RONALD A. KILBY,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.,<br><br>Defendant. | 2:19-CV-10359-TGB |

# ORDER VACATING NOTICE OF REFERRAL AND RESCINDING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order Referring Pretrial Matters to Magistrate Judge Stephanie Dawkins Davis [Dkt. 5] is VACATED and the reference of this case to the Magistrate Judge is RESCINDED.

DATED this 15th day of April, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge